# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 AUG 31  PM 2:20

DEPUTY CLERK____MW

RHEONDA J. LEARY

Plaintiff

v.

DISCOVER FINANCIAL SERVICES

Defendant

**4-20Cv-979-P**

Civil Action No.

## **COMPLAINT**

Please see the attached documents.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 08/25/2020 |
| Signature | s/ Rheonda Leary |
| Print Name | Rheonda Leary |
| Address | 6260 Skysail Road |
| City, State, Zip | Fort Worth, TX 76179 |
| Telephone | (225) 241 - 4300 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DIVISION 4

CASE NO. **4-20Cv-979-P**

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2020 AUG 31  PM 2: 20

DEPUTY CLERK___MW___

| | |
|---|---|
| RHEONDA J. LEARY, | IN THE U.S. DISTRICT COURT |
| Plaintiff, | DIVISION 4, PLACE OF |
| v. | TARRANT COUNTY, TEXAS |
| DISCOVER FINANCIAL SERVICES. | |
| Defendant. | DEMAND FOR JURY TRIAL |

## COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff brings action for damages upon the Defendant's violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S. Code §1692 et seq., and the Telephone Consumer Protection Act ("TCPA") under 47 U.S.C. § 227 et seq. Plaintiff seeks to recover statutory damages, actual damages, punitive damages, and costs.

## PARTIES

Plaintiff is RHEONDA J. LEARY a 35 year old natural person, residing in Fort Worth, Texas which lies within Tarrant County, Texas.

Defendant is DISCOVER FINANCIAL SERVICES, whose headquarters is located at 2500 Lake Cook Road, Riverwoods, Illinois 60015-3851; with an Executive Office of Customer Advocacy at P.O. Box 17019 Wilmington, Delaware 19850-7019. The Defendant's products and services include credit cards, banking, personal loans, student loans, home equity loans, and extends into the debt consolidation, debt collection, and other financial services. The State of Texas is included within the Defendant's servicing area.

1

## VENUE

1. Venue is proper in this Court because Tarrant County, Texas is where Defendant conducts business and a substantial portion of the events or omissions giving rise to the claims occurred within the County.

## FACTS SUPPORTING CAUSES OF ACTION

2. The action arises out of Defendant's attempts to collect upon purported past due credit card bills ("subject debts") said to be owed by Plaintiff.

3. In August 2019, Plaintiff began receiving calls to her cellular phone, (225) XXX-4300, from Defendant.

4. At all times relevant to the instant action, Plaintiff was the sole subscriber, owner, and operator of the cellular phone ending in 4300. Plaintiff is and always has been financially responsible for the cellular phone and its services.

5. Defendant uses as many as 12 different phone number when calling Plaintiff's cellular phone, including but not limited to (385) 261-7114 and (614) 758-2308. As well as, blocked telephone numbers which display as "No Caller ID" or "Unknown" on the cellular phone screen.

6. Upon information and belief, the above referenced telephone numbers are regularly utilized by Defendant during its debt collection activities.

7. On unanswered calls from the Defendant, Plaintiff is left a prerecorded voice message asking that she return Defendant's phone calls.

8. On answered calls from the Defendant, Plaintiff experiences a noticeable pause, listing several seconds in length, before a live representative begins to speak.

9. Upon speaking with Defendant's representative, Plaintiff was informed that the call was an attempt to collect upon the subject debts.

10. Plaintiff was confused as to why she was being contacted by Defendant through an automated system or prerecorded messages as she had never given Defendant permission to do so.

11. Plaintiff demanded Defendant stop contacting her cellular phone during her work hours (600am through 1430pm central standard time) due to the device being heavily utilized to conduct meetings and trainings for her employment as a result of the COVID-19 worldwide pandemic. The cellular phone has also been used to provide instructional material for children forced to be homeschooled as the result COVID-19.

12. Additionally, the 4300 cellular phone number has been listed on the national "Do-Not Call" registry since June 19, 2019 and registration is attached hereto and marked as "Exhibit 1."

13. Notwithstanding Plaintiff's demands, Defendant has continued placing repeated and continuous phone calls to Plaintiff's cellular phone attempting to collect upon the subject debts up until the filing of the instant action.

14. On multiple occasions, Defendant placed upwards of seven (7) calls on the same day to Plaintiff's cellular phone and a call log is attached hereto and marked as "Exhibit 2."

15. Plaintiff has received greater than 85 calls from Defendant and not less than 35 calls since demanding they stop contacting her cellular phone.

16. Plaintiff has been unfairly and unnecessarily harassed by Defendant's actions.

17. Plaintiff has suffered concrete harm as a result of Defendant's actions, including but not limited to, invasion of privacy, aggravation that accompanies excessive telephone calls. Emotional distress, increased risk of personal injury resulting from the distraction caused by the never-ending calls, increased usage of her telephone services, loss of cellular phone capacity, diminished cellular phone functionality, decreased battery life on her cellular phone, and diminished space for data space on her cellular phone.

## COUNT I

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff repeats and re-alleges paragraphs 1 through 17 as though fully set forth herein.

19. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3) of the Fair Debt Collection Practices Act ("FDCPA").

3

20. Defendant is a "debt collector" as defined by §1692a(6), because it regularly use the mail and/or telephone to collect, or attempt to collect, delinquent consumer accounts as indicated within the attached hereto and marked as "Exhibit 3."

21. Defendant is engaged in the business of collecting or attempting to collect, directly or indirectly, defaulted debts owed or due or asserted to be owed or due.

22. The subject debt is a "debt" as defined by §1692a(5) as it arises out of a transaction due or asserted to be owed or due to another for personal. Family, or household purposes.

**a. Violations of the FDCPA §1692c(a)(1) and §1692d**

23. The FDCPA, pursuant to 15 U.S.C. §1692d, prohibits a debt collector from engaging "in any conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt." §1692d(5) further prohibits, "causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number."

24. Defendant violated §1692c(a)(1) and d(5) when it repeatedly called Plaintiff after being notified to stop and after being registered on the national "Do-Not Call" registry. The behavior of systematically calling Plaintiff's phone on a frequent basis without consent and in spite of her demands was harassing and abusive. The frequent volume of calls shows that Defendant willingly violated the law and ignored Plaintiff's pleas with the goal of annoying and harassing her.

25. Defendant was notified by Plaintiff that its calls were not welcomed. As such, Defendant knew that its conduct was inconvenient and harassing to Plaintiff.

**b. Violations of the FDCPA §1692e**

26. The FDCPA, pursuant to §1692e, prohibits a debt collector from using "any false, deceptive, or misleading representation or means in connection with the collection of any debt."

27. In addition, this section enumerates specific violations, such as:

> "The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer." 15 U.S.C. §1692e(10).

28.   Defendant violated §1692e(10) when it used deceptive means to collect and/or attempt to collect the subject debt. In spite of the fact the Plaintiff demanded that Defendant stop contacting her during work hours, Defendant placed repeated calls to her cellular phone via automated calls and using prerecorded messages. Instead of putting an end to this harassing behavior, Defendant placed repeated calls to Plaintiff's cellular phone in a deceptive attempt to force her to answer its calls and ultimately make a payment. Through its conduct, Defendant misleadingly represented to Plaintiff that it had the legal ability to contact her via an automated system and using prerecorded messages when it never had consent and when any such hypothetical consent has been explicitly revoked by Plaintiff's demands.

**c. Violations of the FDCPA §1692f**

29.   The FDCPA, pursuant to 15 U.S.C. §1692f, prohibits a debt collector from using "unfair or unconscionable means to collect or attempt to collect any debt."

30.   Defendant violated §1692f when it unfairly and unconscionably attempted to collect a debt by repeatedly calling Plaintiff after being notified to stop. Attempting to coerce Plaintiff into payment by placing voluminous phone calls without after Plaintiff repeatedly asked that the phone calls stop is unfair and unconscionable behavior. These means employed by Defendant only served to worry or confuse Plaintiff.


WHEREFORE, Plaintiff, RHEONDA J. LEARY, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a.   Declaring that the practices complained of herein are unlawful and violate the aforementioned bodies of law;

b.   Awarding Plaintiff statutory damages of $1,000.00 as provided under 15 U.S.C. §1692k(a)(2)(A);

c.   Awarding Plaintiff actual damages, in an amount to be determined at trial, as provided under 15 U.S.C. §1692k(a)(1)

    d.   Enjoining Defendant from further contacting Plaintiff; and

    e.   Awarding any other relief as this Honorable Court deems just and appropriate.

## COUNT II

### VIOLATIONS OF TELEPHONE CONSUMER PRACTICE ACT

31.     Plaintiff repeats and re-alleges paragraphs 1 through 30 as though fully set forth herein.

32.     The TCPA, pursuant to 47 U.S.C. § 227(b)(1)(iii), prohibits calling persons on their cellular phone using an automatic telephone dialing system ("ATDS"), as well as using prerecorded messages without their consent. The TCPA, under 47 U.S.C. § 227(a)(1), defines an ATDS as "equipment which has the capacity…to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers."

33.     Defendant used an ATDS in connection with its communications directed towards Plaintiff's cellular phone. The noticeable pause lasting several seconds in length that Plaintiff experiences during answered calls from Defendant is instructive that an ATDS is being utilized to generate the phone calls. Additionally, the nature and frequency of Defendant's contacts, included repeated calls after being notified to stop, points to the involvement of an ATDS.

34.     Defendant's use of prerecorded messages further brings its phone calls within the ambit of the TCPA.

35.     Defendant violated the TCPA by placing at least 85 calls to Plaintiff's cellular phone using an ATDS and using prerecorded messages without her consent. At no time has Plaintiff expressly provided any entity with the authority or ability to contact her cellular phone using an ATDS or using prerecorded messages in connection with any billing issues related to the purported subject debts.

36.     The calls placed by Defendant to Plaintiff were regarding business transactions and not for emergency purposes as defined by the TCPA under 47 U.S.C. § 227(b)(1)(A)(i).

37.     Under the TCPA, pursuant to 47 U.S.C. § 227(b)(3)(B), Defendant is liable to Plaintiff for at least $500.00 per call. Moreover, Defendant's willful and knowing violations of the TCPA should trigger this Honorable Court's ability to triple the damages to which Plaintiff is otherwise entitled to under 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, RHEONDA J. LEARY, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a.   Declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b.   Awarding Plaintiff damages of at least $500.00 per call and treble damages pursuant to 47 U.S.C. § 227(b)(3)(B)&(C);

c.   Awarding Plaintiff costs;

d.   Enjoining Defendant from further contacting Plaintiff; and

e.   Awarding any other relief as this Honorable Court deems just and appropriate.

Dated: August 25, 2020

Respectfully Submitted,

s/ Rheonda Leary

Rheonda Leary
6260 Skysail Road, Fort Worth, TX 76179
(225) 241-4300
Rheonda.leary@gmail.com

7

IMG_4258.jpg

Exhibit 1

Select an area to comment on

**From:** Register@donotcall.gov  Register@DonotCall.gov
**Subject:** National Do Not Call Registry - OPEN AND CLICK on Link to Complete Your Registration
**Date:** June 19, 2019 at 8:34 AM
**To:**

Thank you for completing the first step to register your phone number with the National Do Not Call below to complete your request to register your phone number ending in 4800.

Here is the link (the link will only be available once):

https://www.donotcall.gov/register/Reg.aspx?id=22-1203-3400-4866-EBDA89DBDD7

Note: you must respond to this email by clicking link link within 72 hours for your registration to be su "Registration Complete" message after clicking on the link, or the link does not work, use your "copy the entire link in the email into your Web browser's address bar. Once you have successfully registe active.

If you don't wish to be registered with the Do Not Call Registry, don't click on link. We won't register information.

******************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email wi monitored. This service is used for outgoing emails only and cannot respond to inquiries.



# FEDERAL TRADE COMMISSION
## PROTECTING AMERICA'S CONSUMERS

More Informati

# National Do Not Call Registry

## Registration Complete

Your phone number has been registered in the National Do Not Call Registry.

You may print this page if you wish to retain a copy for your records.

Exhibit 1



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2

 Recents



EXHIBIT 2

# Account Services
+1 (614) 758-2308
New Albany, OH

    

message    call    video    mail    pay

August 19, 2020

**8:19 AM   Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

                

Favorites    **Recents**    Contacts    Keypad    Voicemail

 Recents



EXHIBIT 2

# Account Services

+1 (614) 758-2308

New Albany, OH

            

message    call    video    mail    pay

August 19, 2020

8:19 AM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

            

Favorites    **Recents**    Contacts    Keypad    Voicemail

 Recents



EXHIBIT 2

# Account Services

+1 (614) 758-2308

New Albany, OH


message


call


video


mail


pay

**August 19, 2020**

9:35 AM   **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller


Favorites


**Recents**


Contacts


Keypad


Voicemail

 Recents



EXHIBIT 2

# Account Services
+1 (614) 758-2308
New Albany, OH


message


call


video


mail


pay

August 19, 2020

10:42 AM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller


Favorites


Recents


Contacts


Keypad


Voicemail

 Recents



EXHIBIT 2

# Account Services

+1 (614) 758-2308

New Albany, OH


message


call






pay

August 19, 2020

**11:59 AM  Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller


Favorites


**Recents**


Contacts


Keypad


Voicemail

 Recents



# Account Services

+1 (614) 758-2308

New Albany, OH

EXHIBIT 2

 message    call    video    mail    pay

---

### August 19, 2020

**1:45 PM   Missed Call**

---

Share Contact

---

Create New Contact

---

Add to Existing Contact

---

Add to Emergency Contacts

---

Share My Location

---

Block this Caller

---

 Favorites    Recents    Contacts    Keypad    Voicemail

 Recents

EXHIBIT 2



# Account Services

+1 (614) 758-2308

New Albany, OH


message


call






pay

August 19, 2020

4:50 PM **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller


Favorites


Recents


Contacts


Keypad


Voicemail





EXHIBIT 2

# Account Services
+1 (614) 758-2308
New Albany, OH

    

message    call          pay

August 19, 2020

**6:10 PM  Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

    

Favorites    Recents    Contacts    Keypad    Voicemail

 Gmail                                                   ███████████████████████

---

## Important Account Information for Addressee Only

1 message

---

**Discover Card** <discover@service.discover.com>                 Thu, Aug 20, 2020 at 9:03 PM
Reply-To: dontrply@service.discovercard.com

███████████████████                        EXHIBIT 3

 DISCOVER®                                        Access My Account

                                                               Account number ending in 8380

██████████████████████

Dear Rheonda J Leary,

Your Discover® Card Account is considerably past due. We will soon report your account as Charged-Off to the credit reporting agencies, unless you take action right away.

     • You can make a payment of just $93.00 to stop the charge-off action for now. If you mail this payment with the attached coupon, keep in mind we must receive it by September 14, 2020.

     • You can also pay by phone or pay online. Or call or chat with us to discuss your options. We're happy to work together to bring your account up-to-date with payments that work for you.

Reach us at **1-800-973-5095** MONDAY-FRIDAY 8:00AM TO 10:00PM, SATURDAY 8:00AM TO 12:00PM ET. Or visit **Discover.com**. We'd like to find a way to avoid reporting your account as charged-off.

Sincerely,
Cardmember Assistance, Discover Card

This is an attempt to collect a debt and any information obtained may be used for that purpose.

 Find Us on Facebook     Follow Us on Twitter     Read Our Blog     Discover Mobile

Add discover@service.discover.com to your address book to ensure delivery of these e-mails. See ways to help identify Discover e-mails by visiting our email security page.

IMPORTANT INFORMATION                              EXHIBIT 3

This e-mail was sent to: ███████████████ for account number ending with **8380**.
You are receiving this e-mail because you are a Discover Cardmember.
Please do not reply to this email as we are not able to respond to messages sent to this address.
DISCOVER and other trademarks, logos and service marks used in this e-mail are the trademarks of Discover Financial Services or their respective third-party owners.

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

RHEONDA J LEARY

**(b)** County of Residence of First Listed Plaintiff   Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

DISCOVER FINANCIAL SERVICES

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Credit Reporting Act ("FCRA") pursuant to 15 U.S.C. §1692 et seq.

Brief description of cause:
Unlawful Debt Collection Practices

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.